**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUSTIN POPOWICZ,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-3564** |
| | : | |
| **METROPLEX TRADING COMPANY LLC,** | : | |
| ***doing business as GRABAGUN*** | : | |

**ORDER**

This 13th day of October, 2026, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's motion to transfer this case to the Northern District of Texas, ECF 15, is **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge